Watton Law Group
700 North Water Street
Suite 500
Milwaukee, WI 53202

Telephone: (414) 273-6858
Facsimile: (414) 273-6894

Michael J. Watton*
Michael J. Maloney**
Timothy H. Hassell
Christopher L. Lambrecht
Kelly E. Klawonn
*admitted in WI, MO, CO, UT, AZ, & NY
** admitted in WI & MO

## Notification of Debtor's Change of Address

**Name:** Maria A. Dishong

**Case No.:** 12-30981

**Chapter:** 13

**Address:** 3647 East Squire Avenue
Cudahy WI, 53110

**Filed on:** 5/17/2017